**Devin L. TROTTER, Defendant Below Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

**No. 264, 2016**

Supreme Court of Delaware.

Submitted: April 12, 2017

Decided: April 18, 2017

Court Below: Superior Court of the State of Delaware, Cr. ID. No. 1502012432

AFFIRMED.

■

**Floyd A. SMITH, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

**No. 24, 2017**

Supreme Court of Delaware.

Submitted: February 17, 2017

Decided: April 18, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1209014436

AFFIRMED.

1. The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

■

**Steven DRAKE,[1] Petitioner/Respondent Below, Appellant,**

v.

**Catherine J. ORLANDO, Respondent/Petitioner Below, Appellee.**

**No. 461, 2016**

Supreme Court of Delaware.

Submitted: February 24, 2017

Decided: April 19, 2017

Court Below—Family Court of the State of Delaware, File No. CK15–02171, Petition Nos. 15–24079, 15–25848 and 16–06581

AFFIRMED.